UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

JAMES FINN,

                Defendant.

_____/

CRIMINAL NO. 07-30422

Case: 5:07-cr-20492
Assigned To: O'Meara, John Corbett
Referral Judge: Whalen, R. Steven
Filed: 10-05-2007 At 09:24 AM
INDI USA V. FINN (1 DFT) TAM

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(18 U.S.C. § 2252A(a)(5)(B) -- POSSESSION OF CHILD PORNOGRAPHY)

D-1    JAMES FINN

On or about July 17, 2007, in the Eastern District of Michigan, Southern Division, defendant JAMES FINN did knowingly possess visual depictions of sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(8)(A), on computer hardware and software, the production of which involved the use of a minor engaging in sexually explicit conduct and such visual depictions having been produced using materials that have been mailed, shipped, and transported in interstate or foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

### COUNT TWO
(18 U.S.C. § 2252A(a)(2) -- RECEIPT OF CHILD PORNOGRAPHY)

D-1    JAMES FINN

On or about June, 2007, through on or about July, 2007, in the Eastern District of

Michigan, Southern Division, defendant JAMES FINN, did knowingly receive images that had been transported and shipped in interstate commerce or foreign commerce by means of a computer, that is, digital images and videos, the production of which involved the use of minors engaging in sexually explicit conduct and which visual depictions were of such conduct as defined in Title 18, United States Code, Section 2256(2)(B); all in violation of Title 18, United States Code, Section 2252A(a)(2).

THIS IS A TRUE BILL

s/Grand Jury Foreperson
FOREPERSON

STEPHEN J. MURPHY
United States Attorney

s/JOHN O'BRIEN

Assistant U.S. Attorney
Deputy Chief, General Crimes Unit

s/SARAH RESNICK COHEN

Assistant U.S. Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
Phone: (313) 226-9637
Email: Sarah.Cohen@usdoj.gov
Bar No. P51968

Dated: October 4, 2007

| United States District Court<br>Eastern District of Michigan | **Criminal Case Co** | Case: 5:07-cr-20492<br>Assigned To: O'Meara, John Corbett<br>Referral Judge: Whalen, R. Steven<br>Filed: 10-05-2007 At 09:24 AM<br>INDI USA V. FINN (1 DFT) TAM |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to co

## Companion Case Information

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes    X ☐ No

Companion Case Number: _____

Judge Assigned: _____

AUSA's Initials: _SRC_

Case Title: USA v. __D-1 James Finn__

County where offense occurred: __Wayne__

Check One:    x☐ Felony    ☐ Misdemeanor    ☐ Petty

___ Indictment/___ Information --- **no** prior complaint.
_X_ Indictment/___ Information --- based upon prior complaint [Case number: **07-30422**]
___ Indictment/___ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information:

Superseding to Case No: _____    Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**        **Charges**

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

October 4, 2007
Date

_[signature]_
SARAH RESNICK COHEN
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9637

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated. 5/20/04