UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED

OCT 1 1 2007

CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

Plaintiff,

-vs-

D-1 JAMES FINN,

Defendant.

CRIMINAL NO. 07-20492

HONORABLE JOHN CORBETT O'MEARA

FILED

OCT 1 1 2007

CLERK'S OFFICE
DETROIT

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, JAMES FINN, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the Indictment in the above-entitled cause prior to pleading thereto, and I have read the same and understand the contents thereof.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count 1: 10 yrs. maximum imprisonment and/or $250,000.00 fine.**

**Count 2: 5 yrs. minimum, 20 yrs. maximum, and/or $250,000 fine.**

Dated:

JAMES FINN
DEFENDANT

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 10-11-07

SHARON A. PAYNE
COUNSEL FOR DEFENDANT