

# JIM FINN, LLC
BRICK STONE BLOCK CONCRETE

Dear Prosecutor,

My son, James P. Finn III moved in with me approximately 5 years ago and prior to that he was living in Montreal, Canada. He joined me in my masonry business and worked extremely hard. My business was started from scratch over 20 years ago and we have the best reputation Downriver for quality and honesty.

Over the years, he learned all aspects of the business and gained respect in the community. He obtained his Builder's License and was getting close in the ability to run the business upon my retirement. I am now 65 years old and not in the best of health, having 5 stents implanted in my heart arteries within the past 5 years.

Last year, I received a flyer in my door from an organization called "Corporate Sex Offenders" with his picture on it stating "A pedophile lives in your neighborhood." After checking things out on the computer, I was horrified and had no idea how deep he was into this terrible and sick lifestyle. I then turned him into the local police and sheriff department.

My mind has been only partially relieved to learn that the depth of his involvement has been on the computer and, as far as I can figure not acted out with any children.

His mother broke all relationships with him over 15 years ago and wants nothing to do with him. His brother and sister have also separated themselves from him. I am the only friend he has in this world.

I am perfectly willing to help him establish a viable masonry business outside of the Downriver area, should he be released in time that my health permits. In talking to my son, he seems more than willing to accept my help. Of course, I would never permit his use of a computer online.

Thank you for listening and I will accept whatever your judgment is on September 3rd.

Sincerely,

James P. Finn, Jr.

Phone: 313-382-5369
Address: 3373 Applewood, Lincoln Park, MI 48146